# Court of Appeals
# of the State of Georgia

ATLANTA,_____June 18, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1896. ABRAHAM ISAAC COHEN v. DESTINY MEDICAL SERVICES, INC.**

Destiny Medical Services, Inc. sued Abraham Isaac Cohen in magistrate court and won a judgment for $1,500.00, plus costs. Cohen appealed to the state court, which entered judgment for Destiny in the amount of $15,000.00, plus interest and costs. Cohen filed a motion for new trial, which the state court denied. Cohen then appealed directly to this Court. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Cohen was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,_____06/18/2015_____
        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*